AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| USAMA MALIK | ) Case No. | 21-MJ-11371 |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* __Usama Malik__,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Insider trading/securities fraud, in violation of Title 15, United States Code, Sections 78j(b) and 78ff, Title 17, Code of Federal Regulations, Section 240. 10b-5 and 240.10b5-2, and Title 18, United States Code, Section 2.

Date: 12/01/2021

*Issuing officer's signature*

City and state: Newark, NJ

HON. ANDRÉ M. ESPINOSA
*Printed name and title*

### Return

This warrant was received on *(date)* 12/01/2021, and the person was arrested on *(date)* 12/01/2021
at *(city and state)* Washington DC.

Date: 12/02/2021

Receiving ~~Arresting~~ officer's signature

Steven Caldwell  DEO
*Printed name and title*