### IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO: 21-675M (ZMF)** |
| | : | |
| v. | : | |
| | : | |
| **USAMA MALIK,** | : | |
| | : | |
| Defendant. | : | |

## MOTION TO DISMISS

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, moves to dismiss this case for the reasons stated below.

1. On December 2, 2021, the defendant appeared before the Court for an initial appearance in a Rule 5 removal proceeding. The defendant was ordered to appear in the demanding jurisdiction, the District of New Jersey, on December 9, 2021.

4. The defendant's counsel has informed the parties that the defendant appeared in the District of New Jersey, as ordered. Accordingly, the government moves the Court to dismiss this case, and to vacate the control date of December 15, 2021.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY

/s/ *Frederick Yette*
Frederick Yette, D.C. Bar 385391
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-7733
Frederick.Yette@usdoj.gov